THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00350-RPM

ALVIN SPIVEY,

        Plaintiff,

v.

TIMOTHY CUNNINGHAM,
FRIEDLAND VENTURES LLC and
COAST TO COAST COACH, INC.,

        Defendants.
_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

        Upon review of Plaintiff's Unopposed Motion to File an Amended Complaint [9]

filed April 9, 2014, it is

        ORDERED that the motion is granted and the Amended Complaint attached

thereto is accepted for filing.

        Dated: April 10th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge