THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00350-RPM

ALVIN SPIVEY,

      Plaintiff,

v.

TIMOTHY CUNNINGHAM,
FRIEDLAND VENTURES LLC and
COAST TO COAST COACH, INC.,

      Defendants.

_____

ORDER VACATING SCHEDULING CONFERENCE
_____

With the Amended Complaint adding an additional party, it is

ORDERED that the April 15, 2014, scheduling conference is vacated.

Dated: April 10th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge