IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00350-RPM

PERSONAL REPRESENTATIVE OF THE ESTATE OF ALVIN SPIVEY DECEASED,

        Plaintiff,

v.

TIMOTHY CUNNINGHAM,
FRIEDLAND VENTURES, LLC., a Montana LLC, and
COAST TO COAST COACH, INC., a California corporation,

        Defendants.

---

ORDER OF DISMISSAL

---

        Pursuant to the Stipulation for Dismissal with Prejudice [26] filed October 13, 2014, it is

        ORDERED that this action is dismissed with prejudice, each party to pay their own

attorneys' fees and costs.

        DATED:  October 14th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge